IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID WEBB, Reg. No. 15813-104,    )
                                        )
    Petitioner,                   )
                                        )    CIVIL ACTION NO.
    v.                            )    2:19-CV-1081-WHA
                                        )       [WO]
UNITED STATES OF AMERICA,     )
                                          )
    Respondent.             )

## ORDER

On January 30, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 4.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and this case is DISMISSED for lack of jurisdiction.

A separate final judgment will be entered.

DONE this 19th day of February, 2020.


    /s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE